# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2671

_____

Michael Terrell,                 *
                        *
         Appellant,       *
                        *    Appeal from the United States
    v.                    *    District Court for the
                        *    Eastern District of Missouri.
Steven Schwerb; Eric Lingard; Michael   *
Marks,                  *        [UNPUBLISHED]
                        *
         Appellees.       *

_____

Submitted:  August 10, 2007
Filed: August 16, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Michael Terrell appeals the district court's[1] adverse grant of summary judgment in his civil rights lawsuit.  We agree with the district court that Terrell failed to counter defendants' evidence showing their actions did not violate his constitutional rights, see Parks v. City of Horseshoe Bend, Ark., 480 F.3d 837, 839 (8th Cir. 2007) (to survive summary judgment motion, nonmovant must present more than scintilla of evidence and must advance specific facts to create genuine trialworthy issue);

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (summary judgment standard of review); and we reject as meritless Terrell's arguments for reversal. Further, to the extent he was attempting to bring criminal charges for kidnaping and abduction, he cannot do so, <u>see</u> <u>Linda R.S. v. Richard D.</u>, 410 U.S. 614, 619 (1973). Finally, to the extent he challenges the district court's denial of his Federal Rule of Civil Procedure 60(b) motion, we find no abuse of discretion. <u>See</u> <u>Brooks v. Ferguson-Florissant Sch. Dist.</u>, 113 F.3d 903, 905 (8th Cir. 1997) (standard of review).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____